UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALINA FLATSCHER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v.-

THE MANHATTAN SCHOOL OF MUSIC,

Defendant.

20 Civ. 4496 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

In light of the Court's May 25, 2022 extension of fact discovery (Dkt. #52), the post-fact discovery conference presently scheduled for June 9, 2022, is hereby ADJOURNED to **July 12, 2022, at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  June 3, 2022
         New York, New York

                                    KATHERINE POLK FAILLA
                                    United States District Judge