# GAINEY McKENNA & EGLESTON
_____

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 501 FIFTH AVENUE<br>19th FLOOR<br>NEW YORK, NEW YORK 10017<br>TEL: (212) 983-1300<br>FAX: (212) 983-0383 | www.gme-law.com | 375 ABBOTT ROAD<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |

Please Reply To The New York Address

June 10, 2022

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Alina Flatscher v. The Manhattan School of Music*, Case No. 1:20-cv-4496 (KPF)

Dear Judge Failla:

We are counsel to Plaintiff in the above-referenced matter. We write to inform Your Honor that the Parties have resolved the scheduling of the three (3) depositions.

The following witness depositions have been scheduled:

- June 14, 2022 -- Susan Fink (Associate Vice President of Finance and Controller);
- June 15, 2022 – Melissa Cocco (Vice President and Dean of Enrollment Management); and
- June 21, 2022 – James Gandre (President).

We respectfully request that the Court allow the depositions of Susan Fink, Melissa Cocco and James Gandre to proceed as noted above. If the Court agrees, Plaintiff respectfully withdraws its June 8th pre-motion letter (Docket No. 55) subject to the depositions being completed on the dates set forth above.

Thank you for your consideration.

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*Gregory M. Egleston*

Gregory M. Egleston

cc:   All counsel (via ECF)

Application GRANTED. The above-specified depositions may take place pursuant to the parties' agreed-upon schedule. The Clerk of Court is directed to terminate the pending motion at docket entry 54.

Dated:     June 10, 2022              SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE