



600 Third A[...] bsk.com

**MALLORY A. CAMPBELL, ESQ.**
mcampbell@bsk.com
P: 646.253.2339
F: 646.253.2301

August 22, 2022

**VIA ELECTRONIC CASE FILING**

Hon. Stewart D. Aaron
United States District Court – SDNY
500 Pearl Street, Room 1980
New York, New York 10007

> Application GRANTED. No later than September 6, 2022, the parties shall file a joint letter setting forth proposed alternative dates for the settlement conference to occur. SO ORDERED.
>
> Dated: August 22, 2022

Re:
    *Alina Flatscher v. The Manhattan School of Music;* No. 1:20-cv-4496 (KPF)

Dear Magistrate Judge Aaron:

We are counsel for the Defendant Manhattan School of Music in the above-reference matter. The parties and their counsel are currently scheduled for a settlement conference on Wednesday, August 24th at 10:00 am. Unfortunately, Mr. Reilly has developed a serious medical condition requiring in-patient medical services and will be unavailable to attend. We respectfully request that the settlement conference be postponed until he is available, which is likely to take two weeks.

Thank you for your consideration.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

Mallory A. Campbell