UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALINA FLATSCHER, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v.-

THE MANHATTAN SCHOOL OF MUSIC,

Defendant.

20 Civ. 4496 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 8, 2023, the Court was notified that the parties have reached a settlement in this case. Accordingly, Plaintiff is **ORDERED** to submit a motion for preliminary approval of the class settlement on or before **April 14, 2023**.

SO ORDERED.

Dated:  March 8, 2023
   New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge