UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALINA FLATSCHER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANHATTAN SCHOOL OF MUSIC,<br><br>Defendant. | Case No.: 1:20-cv-04496-KPF |

**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT AND PROVISIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Gregory M. Egleston, sworn to on May 12, 2023, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff, Alina Flatscher, will move this Court at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, before the Honorable Katherine Polk Failla, United States District Judge, for an Order under Federal Rule of Civil Procedure 23: (1) preliminarily approving the proposed Settlement on behalf of the Settlement Class Members according to the terms of the Stipulation of Settlement; (2) provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> All students enrolled at the Manhattan School of music ("MSM") who were assessed and paid Spring semester 2020 Tuition or Fees. The Settlement Class excludes: (i) any person who withdrew from MSM prior to March 15, 2020; (ii) any person who properly executes and files a timely opt-out request to be excluded from the Settlement Class; and (iii) the legal representatives, successors or assigns of any such excluded person in subsection (ii) of this paragraph.

(3) preliminarily appointing Named Plaintiff Alina Flatscher as Settlement Class Representative; (4) preliminarily appointing the law firm of Gainey McKenna & Egleston as Class Counsel to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (5) approving the Parties' proposed settlement procedure, including approving the Parties' selection of Simpluris, Inc. as Settlement Administrator and approving the Parties' proposed schedule; (5) entering the proposed Order Preliminarily Approving the Proposed Settlement and Provisionally Certifying the Proposed Settlement Class, attached as Exhibit A to the Stipulation of Settlement, which is itself attached as Exhibit 1 to the Declaration of Gregory M. Egleston; and (6) granting such other and further relief as may be just and appropriate.

Dated: May 12, 2023

                        Respectfully submitted,

                        **GAINEY McKENNA & EGLESTON**

                        By: */s/ Gregory M. Egleston*
                            Gregory M. Egleston
                        Thomas J. McKenna
                        501 Fifth Avenue, 19th Floor
                        New York, NY 10017
                        Tel.: (212) 983-1300
                        Email: gegleston@gme-law.com
                        Email: tjmckenna@gme-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants and via email to counsel for Defendant.

*/s/ Noemi Rivera*
Noemi Rivera