**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALINA FLATSCHER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANHATTAN SCHOOL OF MUSIC,<br><br>Defendant. | Case No.: 1:20-cv-04496-KPF |

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF MANNER OF DISTRIBUTION OF NET SETTLEMENT FUND**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiff Alina Flatscher on behalf of the Settlement Class, through counsel, will move this Court on September 8, 2023, at 11:00 a.m., before the Honorable Katherine Polk Failla, in Courtroom 618 of the Thurgood Marshall Courthouse, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007 for entry of order and judgment, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; (2) approving the manner of distribution of the Net Settlement Fund; (3) approving attorney fees and expenses; and (4) approving an award to Plaintiff in connection with her representation of the Settlement Class. This motion is based on: (i) the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Approval of Manner of Distribution of Net Settlement Fund; (ii) the Declaration of Gregory M. Egleston in Support of Motion for Final Approval of Class Action Settlement and Approval of Manner of Distribution of Net Settlement Fund; and (iii) Plaintiff's Memorandum of Law in

Support of Motion for Attorneys' Fees, Expenses and Service Award, and all other proceedings and papers herein.

Dated: August 29, 2023

                                        Respectfully submitted,

                                        **GAINEY McKENNA & EGLESTON**

                                        By: */s/ Gregory M. Egleston*_____
                                              Gregory M. Egleston
                                        Thomas J. McKenna
                                        501 Fifth Avenue, 19th Fl.
                                        New York, NY 10017
                                        Tel.: (212) 983-1300
                                        Email: gegleston@gme-law.com
                                        Email: tjmckenna@gme-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 29, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Greogry M. Egleston*
Gregory M. Egleston