UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALINA FLATSCHER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANHATTAN SCHOOL OF MUSIC,<br><br>Defendant. | 20 Civ. 4496 (KPF) |

**ORDER AWARDING ATTORNEYS' FEES
AND EXPENSES AND A SERVICE AWARD TO NAMED PLAINTIFF**

The Court has considered Plaintiff's Motion For Attorneys' Fees, Costs, Expenses, and Service Award for Named Plaintiff, as well as the supporting memorandum of law and the Declaration of Gregory M. Egleston (ECF Nos. 91-93), and adjudges that the payment of attorneys' fees and costs in the amount of $142,873.52 is reasonable in light of the multi-factor test used to evaluate fee awards in the Second Circuit. *See Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 50 (2d Cir. 2000). This award includes Class Counsel's unreimbursed litigation costs and expenses of $11,203.52. Such payment shall be made pursuant to and in the manner provided by the terms of the Stipulation of Settlement (ECF No. 86-1).

The Court has also considered Plaintiff's Motion, Memorandum of Law, and supporting Declaration of Alina Flatscher for a service award to the Class Representative, Alina Flatscher (ECF No. 93-2). The Court adjudges that the

1

payment of a service award in the amount of $10,000 to Ms. Flatscher to compensate her for her efforts and commitment on behalf of the Settlement Class is fair, reasonable, and justified under the circumstances of this case. Such payment shall be made pursuant to and in the manner provided by the terms of the Stipulation of Settlement (ECF No. 86-1).

    IT IS SO ORDERED, this eighth day of September, 2023, in New York, New York.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE